**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GARNETT DuBOSE,

       Plaintiff,

                                CASE NO. 07-CV-13128

-vs-

                                PAUL D. BORMAN

WARREN EVANS,                UNITED STATES DISTRICT JUDGE

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF'S MOTION FOR JUDGMENT

Before the Court is the Magistrate Judge's December 17, 2007 Report and Recommendation in favor of denying Plaintiff Garnett DuBose's Motion for Judgment. (Dkt. No. 19). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **DENYING** Plaintiff's Motion for Judgment.

      **SO ORDERED.**

                          s/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: March 24, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 24, 2008.

                          s/Denise Goodine
                          Case Manager